# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0490
LT Case No.16-2022-MM-011522-AXXX

_____

AMY GENEVIEVE LAST,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Duval County.
Rhonda Denise Peoples-Waters, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant
Attorney General, Tallahassee, for Appellee.

February 16, 2024

PER CURIAM.

Amy Genevieve Last challenges the lower court's restitution
order requiring her to pay $4,021.00 to the victim after she pleaded
no contest to fighting in violation of a municipal ordinance. We find
competent, substantial evidence supporting the order, with the
exception of the total sum of medical expenses incurred by the
victim. The State correctly concedes that the victim's testimony
and medical bills establish that her total expenses, as reflected in

the record, were less than $4,021.00. The total medical expenses supported in the record were either $3,900.00 or $3,865.00, depending on whether there was an erroneous duplication of a receipt for services by Select Physical Therapy on November 8, 2022, as the State points out. We reverse and remand for the court to correct this calculation error. We affirm the restitution order in all other respects.

REVERSED AND REMANDED for further proceedings consistent with this opinion.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____